UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>104.178.4.210, )<br>)<br>    Defendant. )<br>                                             ) | Civil Case No. 4:18-cv-00199 |

## PLAINTIFF'S NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below, which were filed by Plaintiff.

Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Malibu Media, LLC, and near identical allegations against a John Doe Defendant.  In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

The following cases are pending before this Court:

1. Malibu Media, LLC v. John Doe; Case No. 4:17-cv-00423;

2. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00199;

3. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00200;

4. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00202;

5. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00203;

6. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00205;

7. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00207;

8. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00208;

9. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00209;

10. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00210;

11. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00213;

12. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00214;

13. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00215;

14. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00216;

15. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00223;

16. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00220;

17. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00222;

18. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00227;

19. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00229;

20. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00233;

21. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00234;

22. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00235;

23. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00236; and

24. Malibu Media, LLC v. John Doe; Case No. 4:18-cv-00237.

Respectfully submitted,

By: /s/ Paul S. Beik
Paul S. Beik
Texas Bar No. 24054444
S.D. Tex. ID No. 642213
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007

T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**